1
 
 3
 
 L.R curiam.
 

 The balance upon this debt ioi'S'sd OV til*. verdict oí the jury, is a sum under
 
 £. 20. 7,i
 
 L-'f» bees; brought into this court by.au appeal from the county Court v;he it commenced. A part oí the act oí 1786, ch. 14, see.
 
 ,
 
 is in these’words : “Provided, that no suit shall be commenctii “ the first instance returnable to any court for atiy sum uc;k 2G.” Articles were delivered to the plaintiff and charged, by the defendant; for the delivery of which there was no stipu-. jUti-ui in the bond, which was for money j and the jury allowed tiu-m*. and the presumption is, tint, they allowed them as set offs. Tncn the rule is, that ií
 
 a
 
 larger sum is reduced by pay.* meats under
 
 £.
 
 20, the court will order a,non-suit upon a verdict, ascertaining ihe sum to be under
 
 f. 20}
 
 "because, piaintiff knowing of these, should have credit given for them, and consequently must have known the amount oí the balance; but i.f only reduced bv set offs, the com t will not order a norsuit, because plaintiff could not kno w at the'time of bringing his.action> whether the defendant would set off or not. ...
 

 judgment for the plaintiff.